| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) COLEMAN, EDWARD J. | 2. Court or Organization UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF GEORGIA | 3. Date of Report 04/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

UNITED STATES BANKRUPTCY COURT
125 BULL STREET, ROOM 240
SAVANNAH, GEORGIA 31402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE [POSITION WAS TERMINATED JULY 23, 2015] | SURRETT & COLEMAN, P.A PROFIT SHARING PLAN |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | JUNE, 2013 | AGREEMENT REGARDING DIVISION ACCOUNTS RECEIVABLE AND ASSETS OF FORMER LAW FIRM, SURRETT & COLEMAN, P.A. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | WAGES FROM CARL J. SURRETT, P.C. | $2,358.75 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| COLEMAN, EDWARD J. | 04/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. SURRETT & COLEMAN PROFIT SHARING PLAN | PERSONAL LOAN FOR MOVING EXPENSES (RE-PAID ON 10-23-2015) | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA #1 - SCWAB | | | | | | | | | |
| 2. | - AT&T | A | Dividend | J | T | | | | | |
| 3. | - GE | A | Dividend | J | T | | | | | |
| 4. | - MELCO CROWN ENTMT ADR F | A | Dividend | J | T | | | | | |
| 5. | - CHARLES SCWAB BANK | A | Interest | J | T | | | | | |
| 6. | SUNTRUST BANK, N.A. | A | Interest | J | T | | | | | |
| 7. | QUEENSBOROUGH NATIONAL BANK | A | Interest | J | T | | | | | |
| 8. | QUEENSBOROUGH NATIONAL BANK | A | Interest | J | T | | | | | |
| 9. | SURRETT & COLEMAN, P.A. PENSION PLAN | B | Dividend | | | | | | | |
| 10. | - MORGAN STANLEY BANK, N.A. | | | | | Sold | 10/23/15 | J | | |
| 11. | - ABBVIE, INC (ABBV) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 12. | - ACTAVIS PLC (ACT) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 13. | - ADOBE SYSTEMS | | | | | Buy | 08/25/15 | J | | |
| 14. | - ADOBE SYSTEMS | | | | | Sold | 10/23/15 | J | | |
| 15. | - ADOBE SYSTEMS | | | | | Buy | 08/26/15 | J | | |
| 16. | - ADOBE SYSTEMS | | | | | Sold | 10/23/15 | J | | |
| 17. | - ADOBE SYSTEMS | | | | | Buy | 10/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - ADOBE SYSTEMS | | | | | Sold | 10/23/15 | J | | |
| 19. - AKAMAI TECHNOLOGIES INC | | | | | Buy | 01/22/15 | J | | |
| 20. - AKAMAI TECHNOLOGIES INC | | | | | Sold | 10/23/15 | J | | |
| 21. - AKAMAI TECHNOLOGIES, INC. | | | | | Buy | 10/19/15 | J | | |
| 22. - AKAMAI TECHNOLOGIES INC | | | | | Sold | 10/23/15 | J | | |
| 23. - ALERIAN MLP ETF | | | | | Buy | 01/22/15 | J | | |
| 24. - ALERIAN MLP ETF | | | | | Sold | 10/23/15 | J | | |
| 25. - ALERIAN MLP ETF | | | | | Buy | 10/19/15 | J | | |
| 26. - ALERIAN MLP ETF | | | | | Sold | 10/23/15 | J | | |
| 27. - ALPHABET INC CL A | | | | | Buy | 10/19/15 | J | | |
| 28. - ALPHABET INC CL A | | | | | Sold | 10/23/15 | J | | |
| 29. - ALTRIA GROUP INC. (MO) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 30. - AMAZON COM INC | | | | | Buy | 01/22/15 | J | | |
| 31. - AMAZON COM INC | | | | | Sold | 10/23/15 | J | | |
| 32. - AMAZON COM INC | | | | | Buy | 10/19/15 | J | | |
| 33. - AMAZON COM INC | | | | | Sold | 10/23/15 | J | | |
| 34. - AMERICAN ELEC. POWER (AEP) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - AMERICAN EXPRESS | | | | | Buy | 07/06/15 | J | | |
| 36. - AMERICAN EXPRESS | | | | | Sold | 10/23/15 | J | | |
| 37. - AMERICAN EXPRESS | | | | | Buy | 07/07/15 | J | | |
| 38. - AMERICAN EXPRESS | | | | | Sold | 10/23/15 | J | | |
| 39. - AMERICAN EXPRESS | | | | | Buy | 07/08/15 | J | | |
| 40. - AMERICAN EXPRESS | | | | | Sold | 10/23/15 | J | | |
| 41. - AMERICAN EXPRESS | | | | | Buy | 07/27/15 | J | | |
| 42. -AMERICAN EXPRESS | | | | | Sold | 10/23/15 | J | | |
| 43. - AMERICAN EXPRESS | | | | | Buy | 08/26/15 | J | | |
| 44. - AMERICAN EXPRESS | | | | | Sold | 10/23/15 | J | | |
| 45. - AMERICAN EXPRESS CO | | | | | Buy | 10/19/15 | J | | |
| 46. - AMERICAN EXPRESS CO | | | | | Sold | 10/23/15 | J | | |
| 47. - ANHEUSER BUSCH INBEV (BUD) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 48. - ANHEUSER BUSCH INBEV SA SPON | | | | | Buy | 10/19/15 | J | | |
| 49. - ANHEUSER BUSCH INBEV SA SPON | | | | | Sold | 10/23/15 | J | | |
| 50. - APPLE INC | | | | | Buy | 01/22/15 | J | | |
| 51. - APPLE INC | | | | | Sold | 10/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - APPLE INC | | | | | Buy | 10/19/15 | J | | |
| 53. - APPLE INC | | | | | Sold | 10/23/15 | J | | |
| 54. - AQR MANAGED FUTURES STATEGY I | | | | | Buy | 01/22/15 | J | | |
| 55. -AQR MANAGED FUTURES STRATEGY I | | | | | Sold | 10/23/15 | J | | |
| 56. - AQR MANAGED FUTURES STRATEGY I | | | | | Buy | 04/17/15 | J | | |
| 57. - AQR MANAGED FUTURES STRATEGY I | | | | | Sold | 10/23/15 | J | | |
| 58. - AQR MANAGED FUTURES STRATEGY I | | | | | Buy | 08/14/15 | J | | |
| 59. -AQR MANAGED FUTURES STRATEGY I | | | | | Sold | 10/23/15 | J | | |
| 60. - AQR MANAGED FUTURES STRATEGY I | | | | | Buy | 10/19/15 | J | | |
| 61. - AQR MANAGED FUTURES STRATEGY I | | | | | Sold | 10/23/15 | J | | |
| 62. - ARTISAN INTL | | | | | Buy | 01/22/15 | J | | |
| 63. - ARTISAN INTL | | | | | Sold | 10/23/15 | J | | |
| 64. - ARTISAN INERNATIONAL INV | | | | | Buy | 04/17/15 | J | | |
| 65. - ARTISAN INTERNATIONAL INV | | | | | Sold | 10/23/15 | J | | |
| 66. - ARTISAN INTERNATION INV | | | | | Buy | 08/14/15 | J | | |
| 67. - ARTISAN INTERNATIONAL INV | | | | | Sold | 10/23/15 | J | | |
| 68. - ARTISAN INTERNATIONAL ADV | | | | | Buy | 10/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - ARTISAN INTERNATIONAL ADV | | | | | Sold | 10/23/15 | J | | |
| 70.  - ASTRAZENECA PLC ADS (AZN) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 71.  - AT&T | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 72.  - AUTOMATIC DATA PROC (ADP) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 73.  - BCE, INC (BCE) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 74.  - BIOGEN IDEC INC | | | | | Buy | 01/22/15 | J | | |
| 75.  - BIOGEN IDEC INC | | | | | Sold | 10/23/15 | J | | |
| 76.  - BIOGEN INC COM | | | | | Buy | 10/19/15 | J | | |
| 77.  - BIOGEN INC COM | | | | | Sold | 10/23/25 | J | | |
| 78.  - BLACKROCK HI YIELD BD PTF INST | | | | | Buy | 08/14/15 | J | | |
| 79.  - BLACKROCK HI YIELD BD PTF INST | | | | | Sold | 10/23/15 | J | | |
| 80.  - BLACKROCK HI YIELD BD PTF INST | | | | | Buy | 10/19/15 | J | | |
| 81.  - BLACKROCK HI YIELD BD PTF INST | | | | | Sold | 10/23/15 | J | | |
| 82.  - BLACKROCK INC | | | | | Buy | 01/22/15 | J | | |
| 83.  - BLACKROCK INC | | | | | Sold | 10/23/15 | J | | |
| 84.  - BLACKROCK INC | | | | | Buy | 06/12/15 | J | | |
| 85.  - BLACKROCK INC | | | | | Sold | 10/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - BLACKROCK TOTAL RET I | | | | | Buy | 01/22/15 | J | | |
| 87. - BLACKROCK TOTAL RET I | | | | | Sold | 10/23/15 | J | | |
| 88. - BP PLC ADS (BP) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 89. - BRISTOL MYERS SQUIBB CO | | | | | Buy | 01/22/15 | J | | |
| 90. - BRISTOL MYERS SQUIBB CO | | | | | Sold | 10/23/15 | J | | |
| 91. - BRISTOL MYERS SQUIBB CO | | | | | Buy | 10/19/15 | J | | |
| 92. - BRISTOL MYERS SQUIBB CO | | | | | Sold | 10/23/15 | J | | |
| 93. - BROWN ADV SM CP FNDMNTL VL INV | | | | | Buy | 01/22/15 | J | | |
| 94. - BROWN ADV SM CP FNDMNTL VL INV | | | | | Sold | 10/23/15 | J | | |
| 95. - BROWN ADV SM CP FNDMNTL VL INV | | | | | Buy | 04/17/15 | J | | |
| 96. - BROWN ADV SM CP FNDMNTL VL INV | | | | | Sold | 10/23/15 | J | | |
| 97. - BROWN ADV SM CP FNDMNTL VL INV | | | | | Buy | 08/14/15 | J | | |
| 98. - BROWN ADV SM CP FNDMNTL VL INV | | | | | Sold | 10/23/15 | J | | |
| 99. - BROWN ADV SM CP FNDMNTL VL INV | | | | | Buy | 10/19/15 | J | | |
| 100. - BROWN ADV SM CP FNDMNTL VL INV | | | | | Sold | 10/23/15 | J | | |
| 101. - CAMERON INTNL CORP | | | | | Buy | 01/22/15 | J | | |
| 102. - CAMERON INTNL CORP | | | | | Sold | 10/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - CAMERON INTNL CORP | | | | | Buy | 02/26/15 | J | | |
| 104.  - CAMERON INTNL CORP | | | | | Sold | 10/23/15 | J | | |
| 105.  - CELGENE CORP | | | | | Buy | 01/22/15 | J | | |
| 106.  - CELGENE CORP | | | | | Sold | 10/23/15 | J | | |
| 107.  - CELGENE CORP | | | | | Buy | 04/17/15 | J | | |
| 108.  - CELGENE CORP | | | | | Sold | 10/23/15 | J | | |
| 109.  - CELGENE CORP | | | | | Buy | 10/19/15 | J | | |
| 110.  -CELGENE CORP | | | | | Sold | 10/23/15 | J | | |
| 111.  - CHARLES SCHWAB NEW | | | | | Buy | 01/22/15 | J | | |
| 112.  -CHARLES SCHWAB NEW | | | | | Sold | 10/23/15 | J | | |
| 113.  - CHARLES SCHWAB NEW | | | | | Buy | 10/19/15 | J | | |
| 114.  -CHARLES SCHWAB NEW | | | | | Sold | 10/23/15 | J | | |
| 115.  - CITRIX SYSTEMS INC | | | | | Buy | 01/22/15 | J | | |
| 116.  - CITRIX SYSTEMS INC | | | | | Sold | 10/23/15 | J | | |
| 117.  - CITRIX SYSTEMS INC | | | | | Buy | 10/19/15 | J | | |
| 118.  - CITRIX SYSTEMS INC | | | | | Sold | 10/23/15 | J | | |
| 119.  - CME GROUP INC | | | | | Buy | 01/22/15 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - CME GROUP INC | | | | | Sold | 10/23/15 | J | | |
| 121. - CME GROUP INC | | | | | Buy | 10/19/15 | J | | |
| 122. -CME GROUP INC | | | | | Sold | 10/23/15 | J | | |
| 123. - COCA COLA CO | | | | | Buy | 01/22/15 | J | | |
| 124. -COCA COLA CO | | | | | Sold | 10/23/15 | J | | |
| 125. - COCA COLA CO | | | | | Buy | 10/19/15 | J | | |
| 126. -COCA COLA CO | | | | | Sold | 10/23/15 | J | | |
| 127. - COMCAST CORP CL A SPECIAL NEW | | | | | Buy | 01/22/15 | J | | |
| 128. - COMCAST CORP CL A SPECIAL NEW | | | | | Sold | 10/23/15 | J | | |
| 129. - COMCAST CORP CL A SPECIAL NEW | | | | | Buy | 10/19/15 | J | | |
| 130. - COMCAST CORP CL A SPECIAL NEW | | | | | Sold | 10/23/15 | J | | |
| 131. - CVS HEALTH CORP COM | | | | | Buy | 01/22/15 | J | | |
| 132. - CVS HEALTH CORP COM | | | | | Sold | 10/23/15 | J | | |
| 133. - CVS HEALTH CORP COM | | | | | Buy | 10/19/15 | J | | |
| 134. - CVS HEALTH CORP COM | | | | | Sold | 10/23/15 | J | | |
| 135. - DIGITAL REALTY TRUST | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 136. - DOMINION RES INC (NEW)(D) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - DU PONT (DD) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 138. - EATON CORP PLC SHS | | | | | Buy | 01/22/15 | J | | |
| 139. - EATON CORP PLC SHS | | | | | Sold | 10/23/15 | J | | |
| 140. - EATON CORP PLC SHS | | | | | Buy | 10/19/15 | J | | |
| 141. - EATON CORP PLC SHS | | | | | Sold | 10/23/15 | J | | |
| 142. - EBAY INC | | | | | Buy | 01/22/15 | J | | |
| 143. - EBAY INC | | | | | Sold | 10/23/15 | J | | |
| 144. - EBAY INC | | | | | Buy | 10/19/15 | J | | |
| 145. - EBAY INC | | | | | Sold | 10/23/15 | J | | |
| 146. - ECOLAB INC | | | | | Buy | 09/01/15 | J | | |
| 147. - ECOLAB INC | | | | | Sold | 10/23/15 | J | | |
| 148. - ECOLAB INC | | | | | Buy | 09/02/15 | J | | |
| 149. - ECOLAB INC | | | | | Sold | 10/23/15 | J | | |
| 150. -- ELI LILLY & CO. (LLY) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 151. - EMC CORP MASS | | | | | Buy | 01/22/15 | J | | |
| 152. - EMC CORP MASS | | | | | Sold | 10/23/15 | J | | |
| 153. - EMC CORP MASS | | | | | Buy | 04/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - EMC CORP MASS | | | | | Sold | 10/23/15 | J | | |
| 155. - EMC CORP MASS | | | | | Buy | 10/19/15 | J | | |
| 156. - EMC CORP MASS | | | | | Sold | 10/23/15 | J | | |
| 157. - FACEBOOK INC CL A | | | | | Buy | 01/22/15 | J | | |
| 158. - FACEBOOK INC CL A | | | | | Sold | 10/23/15 | J | | |
| 159. - FACEBOOK INC CL A | | | | | Buy | 10/19/15 | J | | |
| 160. - FACEBOOK INC CL A | | | | | Sold | 10/23/15 | J | | |
| 161. - FMC TECHNOLOGIES INC | | | | | Buy | 01/22/15 | J | | |
| 162. - FMC TECHNOLOGIES INC | | | | | Sold | 10/23/15 | J | | |
| 163. - FMC TECHNOLOGIES INC | | | | | Buy | 08/14/15 | J | | |
| 164. - FMC TECHNOLOGIES INC | | | | | Sold | 10/23/15 | J | | |
| 165. - FMC TECHNOLOGIES INC | | | | | Buy | 10/19/15 | J | | |
| 166. - FMC TECHNOLOGIES INC | | | | | Sold | 10/23/15 | J | | |
| 167. - GOLDMAN SACHS | | | | | Buy | 01/22/15 | J | | |
| 168. - GOLDMAN SACHS | | | | | Sold | 10/23/15 | J | | |
| 169. - GENERAL ELECTRIC (GE) | | | | | Buy | 10/28/14 | J | | Surrett Coleman PSP |
| 170. - GENERAL ELECTRIC (GE) | | | | | Sold | 10/23/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - GENERAL ELECTRIC CO | | | | | Buy | 10/19/15 | J | | |
| 172. - GENERAL ELECTRIC CO | | | | | Sold | 10/23/15 | J | | |
| 173. - GOLDMAN SACHS ABSLT RET TRCK I | | | | | Buy | 10/19/15 | J | | |
| 174. - GOLDMAN SACHS ABSLT RET TRCK I | | | | | Sold | 10/23/15 | J | | |
| 175. - GOLDMAN SACHS GRW OPPORT I | | | | | Buy | 01/22/15 | J | | |
| 176. - GOLDMAN SACHS GRW OPPORT I | | | | | Sold | 10/23/15 | J | | |
| 177. - GOLDMAN SACHS GRW OPPORT I | | | | | Buy | 08/14/15 | J | | |
| 178. - GOLDMAN SACHS GRW OPPORT I | | | | | Sold | 10/23/15 | J | | |
| 179. - GOLDMAN SACHS GRW OPPORT I | | | | | Buy | 08/14/15 | J | | |
| 180. - GOLDMAN SACHS GRW OPPORT I | | | | | Sold | 10/23/15 | J | | |
| 181. - GOLDMAN SACHS GRW OPPORT I | | | | | Buy | 10/19/15 | J | | |
| 182. - GOLDMAN SACHS GRW OPPORT I | | | | | Sold | 10/23/15 | J | | |
| 183. - GOLDMAN SACHS MID CAP VAL I | | | | | Buy | 01/22/15 | J | | |
| 184. - GOLDMAN SACHS MID CAP VAL I | | | | | Sold | 10/23/15 | J | | |
| 185. - GOLDMAN SACHS MID CAP VAL I | | | | | Buy | 10/19/15 | J | | |
| 186. - GOLDMAN SACHS MID CAP VAL I | | | | | Sold | 10/23/15 | J | | |
| 187. - GOOGLE INC CL A | | | | | Buy | 01/22/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - GOOGLE INC CL A | | | | | Sold | 10/23/15 | J | | |
| 189. - GOOGLE INC CL C | | | | | Buy | 01/22/15 | J | | |
| 190. - GOOGLE INC CL C | | | | | Sold | 10/23/15 | J | | |
| 191. - HALYARD HEALTH, INC.(HYH) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 192. - HARDING LOEVNER FRNT EMGMK INS | | | | | Buy | 01/22/15 | J | | |
| 193. - HARDING LOEVNER FRNT EMGMK INS | | | | | Sold | 10/23/15 | J | | |
| 194. - HARDING LOEVNER FRNT EMGMK INS | | | | | Buy | 04/17/15 | J | | |
| 195. - HARDING LOEVNER FRNT EMGMK INS | | | | | Sold | 10/23/15 | J | | |
| 196. - HARDING LOEVNER EMERG MKTS ADV | | | | | Buy | 06/12/15 | J | | |
| 197. - HARDING LOEVNER EMERG MKTS ADV | | | | | Sold | 10/23/15 | J | | |
| 198. - HARDING LOEVNER EMERG MKTS ADV | | | | | Buy | 08/14/15 | J | | |
| 199. - HARDING LOEVNER EMERG MKTS ADV | | | | | Sold | 10/23/15 | J | | |
| 200. - HARDING LOEVNER EMERG MKTS ADV | | | | | Buy | 10/19/15 | J | | |
| 201. - HARDING LEVNER EMERG MKTS ADV | | | | | Sold | 10/23/15 | J | | |
| 202. - HENDERSON INTL | | | | | Buy | 01/22/15 | J | | |
| 203. - HENDERSON INTL | | | | | Sold | 10/23/15 | J | | |
| 204. - HENDERSON INTL OPPORT I | | | | | Buy | 08/14/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - HENDERSON INTL OPPORT 1 | | | | | Sold | 10/23/15 | J | | |
| 206. - HENDERSON INTL OPPORT 1 | | | | | Buy | 10/19/15 | J | | |
| 207. - HENDERSON INTL OPPORT 1 | | | | | Sold | 10/23/15 | J | | |
| 208. - HOME DEPOT INC | | | | | Buy | 01/22/15 | J | | |
| 209. - HOME DEPOT INC | | | | | Sold | 10/23/15 | J | | |
| 210. - HOME DEPOT INC | | | | | Buy | 10/19/15 | J | | |
| 211. - HOME DEPOT INC | | | | | Sold | 10/23/15 | J | | |
| 212. - INTEL CORP (INTC) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 213. - ISHARES N AMER | | | | | Buy | 01/22/15 | J | | |
| 214. - ISHARES N AMER | | | | | Sold | 10/23/15 | J | | |
| 215. - ISHARES N AMER NAT RES ETF | | | | | Buy | 10/19/15 | J | | |
| 216. - ISHARES N AMER NAT RES ETF | | | | | Sold | 10/23/15 | J | | |
| 217. - ISHARES TIPS BOND ETF | | | | | Buy | 04/17/15 | J | | |
| 218. - ISHARES TIPS BOND ETF | | | | | Sold | 10/23/15 | J | | |
| 219. - INSHARES TIPS BOND ETF | | | | | Buy | 08/14/15 | J | | |
| 220. - INSHARES TIPS BOND ETF | | | | | Sold | 10/23/15 | J | | |
| 221. - INSHARES TIPS BOND ETF | | | | | Buy | 10/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - INSHARES TIPS BOND ETF | | | | | Sold | 10/23/15 | J | | |
| 223. - INVESCO PREMIER INST | | | | | Buy | 01/22/15 | J | | |
| 224. - INVESCO PREMIER INST | | | | | Sold | 10/23/15 | J | | |
| 225. - INVESCO SMALL CAP VALUE Y | | | | | Buy | 01/22/15 | J | | |
| 226. - INVESCO SMALL CAP VALUE Y | | | | | Sold | 10/23/15 | J | | |
| 227. - INVESCO SMALL CAP VALUE Y | | | | | Buy | 08/14/15 | J | | |
| 228. - INVESCO SMALL CAP VALUE Y | | | | | Sold | 10/23/15 | J | | |
| 229. - INVESCO SMALL CAP VALUE Y | | | | | Buy | 10/19/15 | J | | |
| 230. - INVESCO SMALL CAP VALUE Y | | | | | Sold | 10/23/15 | J | | |
| 231. - JPMORGAN CHASE (JPM) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 232. - JANUS VENTURE 1 | | | | | Buy | 01/22/15 | J | | |
| 233. - JANUS VENTURE 1 | | | | | Sold | 10/23/15 | J | | |
| 234. - JANUS VENTURE 1 | | | | | Buy | 10/19/15 | J | | |
| 235. - JANUS VENTURE 1 | | | | | Sold | 10/23/15 | J | | |
| 236. - JOHN HANCOCK SEAPORT I | | | | | Buy | 08/14/15 | J | | |
| 237. - JOHN HANCOCK SEAPORT I | | | | | Sold | 10/23/15 | J | | |
| 238. - JOHN HANCOCK SEAPORT I | | | | | Buy | 10/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS _-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - JOHN HANCOCK SEAPORT 1 | | | | | Sold | 10/23/15 | J | | |
| 240. - JOHNSON & JOHNSON | | | | | Buy | 01/22/15 | J | | |
| 241. - JOHNSON & JOHNSON | | | | | Sold | 10/23/15 | J | | |
| 242. - JOHNSON & JOHNSON | | | | | Buy | 10/19/15 | J | | |
| 243. - JOHNSON & JOHNSON | | | | | Sold | 10/23/15 | J | | |
| 244. - KIMBERLY CLARK (KMB) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 245. - KRAFT FOODS (KRFT) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 246. - LINKEDIN CORP - A | | | | | Buy | 01/22/15 | J | | |
| 247. - LINKEDIN CORP - A | | | | | Sold | 10/23/15 | J | | |
| 248. - LINKEDIN CORP A | | | | | Buy | 05/01/15 | J | | |
| 249. - LINKEDIN CORP A | | | | | Sold | 10/23/15 | J | | |
| 250. - LINKEDIN CORP A | | | | | Buy | 10/19/15 | J | | |
| 251. - LINKEDIN CORP A | | | | | Sold | 10/23/15 | J | | |
| 252. - LORD ABBETT BOND DEB F | | | | | Buy | 01/22/15 | J | | |
| 253. - LORD ABBETT BOND DEB F | | | | | Sold | 10/23/15 | J | | |
| 254. - LORD ABBETT BOND DEB F | | | | | Buy | 04/17/15 | J | | |
| 255. - LORD ABBETT BOND DEB F | | | | | Sold | 10/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. - LOCKHEED MARTIN CORP (LMT) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 257. - MCDONALDS CORP (MCD) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 258. - MICROSOFT CORP | | | | | Buy | 01/22/15 | J | | |
| 259. - MICROSOFT CORP | | | | | Sold | 10/23/15 | J | | |
| 260. - MICROSOFT CORP | | | | | Buy | 03/03/15 | J | | |
| 261. - MICROSOFT CORP | | | | | Sold | 10/23/15 | J | | |
| 262. - MICROSOFT CORP | | | | | Buy | 10/19/15 | J | | |
| 263. - MICROSOFT CORP | | | | | Sold | 10/23/15 | J | | |
| 264. - MONSANTO CO/NEW | | | | | Buy | 01/22/15 | J | | |
| 265. - MONSANTO CO /NEW | | | | | Sold | 10/23/15 | J | | |
| 266. - MONSANTO CO/NEW | | | | | Buy | 10/19/15 | J | | |
| 267. - MONSANTO CO/NEW | | | | | Sold | 10/23/15 | J | | |
| 268. - NATIXIS | | | | | Buy | 01/22/15 | J | | |
| 269. - NATIXIS | | | | | Sold | 10/23/15 | J | | |
| 270. NATIXIS ASG GLOBAL ATERNAT Y | | | | | Buy | 10/19/15 | J | | |
| 271. NATIXIS ASG GLOBAL ATLERNAT Y | | | | | Sold | 10/23/15 | J | | |
| 272. - NASDAQ INC COM | | | | | Buy | 10/19/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - NASDAQ INC COM | | | | | Sold | 10/23/15 | J | | |
| 274. - NASDAQ OMX GROUP INC (THE) | | | | | Buy | 01/22/15 | J | | |
| 275. - NASDAQ OMX GROUP INC (THE) | | | | | Sold | 10/23/15 | J | | |
| 276. - NIKI INC B | | | | | Buy | 01/22/15 | J | | |
| 277. - NIKI INC B | | | | | Sold | 10/23/15 | J | | |
| 278. - OAKMARK | | | | | Buy | 01/22/15 | J | | |
| 279. - OAKMARK | | | | | Sold | 10/23/15 | J | | |
| 280. - OAKMARK I | | | | | Buy | 04/17/15 | J | | |
| 281. - OAKMARK I | | | | | Sold | 10/23/15 | J | | |
| 282. - OAKMARK I | | | | | Buy | 10/19/15 | J | | |
| 283. - OAKMARK I | | | | | Sold | 10/23/15 | J | | |
| 284. - OCCIDENTAL PETROLEUM (OXY) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 285. - PACCAR, INC. (PCAR) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 286. - PAYPAL HLDGS INC COM | | | | | Buy | 10/19/15 | J | | |
| 287. - PAYPAL HLDGS INC COM | | | | | Sold | 10/23/15 | J | | |
| 288. - PHILIP MORRIS INTL (PM) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 289. - PPL CORPORATION (PPL) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - PRECISION CASTPARTS CORP | | | | | Buy | 01/22/15 | J | | |
| 291. - PRECISION CASTPARTS CORP | | | | | Sold | 10/23/15 | J | | |
| 292. - QUALCOMM INC | | | | | Buy | 01/22/15 | J | | |
| 293. - QUALCOMM INC | | | | | Sold | 10/23/15 | J | | |
| 294. - RED HAT INC | | | | | Buy | 01/22/15 | J | | |
| 295. - RED HAT INC | | | | | Sold | 10/23/15 | J | | |
| 296. - RED HAT INC | | | | | Buy | 10/19/15 | J | | |
| 297. - RED HAT INC | | | | | Sold | 10/23/15 | J | | |
| 298. - REGENERON PHARM | | | | | Buy | 01/22/15 | J | | |
| 299. - REGENERON PHARM | | | | | Sold | 10/23/15 | J | | |
| 300. - SCHLUMBERGER LTD | | | | | Buy | 01/22/15 | J | | |
| 301. - SCHLUMBERGER LTD | | | | | Sold | 10/23/15 | J | | |
| 302. - SCHLUMBERGER LTD | | | | | Buy | 10/19/15 | J | | |
| 303. - SCHLUMBERGER LTD | | | | | Sold | 10/23/15 | J | | |
| 304. - SPECTRA ENERGY CORP (SE) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 305. - TARGET CORPORATION | | | | | Buy | 01/22/15 | J | | |
| 306. - TARGET CORPORATION | | | | | Sold | 10/231/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - TEXAS INSTRUMENTS | | | | | Buy | 01/22/15 | J | | |
| 308. - TEXAS INSTRUMENTS | | | | | Sold | 10/23/15 | J | | |
| 309. - TEXAS INSTRUMENTS | | | | | Buy | 08/05/15 | J | | |
| 310. - TEXAS INSTRUMENTS | | | | | Sold | 10/23/15 | J | | |
| 311. - TEXAS INSTRUMENTS | | | | | Buy | 10/19/15 | J | | |
| 312. - TEXAS INSTRUMENTS | | | | | Sold | 10/23/15 | J | | |
| 313. - THERMO FISHER SCIENTIFIC | | | | | Buy | 01/22/15 | J | | |
| 314. - THERMO FISHER SCIENTIFIC | | | | | Sold | 10/23/15 | J | | |
| 315. - THERMO FISHER SCIENTIFIC | | | | | Buy | 10/19/15 | J | | |
| 316. - THERMO FISHER SCIENTIFIC | | | | | Sold | 10/23/15 | J | | |
| 317. - THOMSON REUTERS (TRI) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 318. - THORNBURG DEVELOPING WORLD I | | | | | Buy | 01/22/15 | J | | |
| 319. THORNBURG DEVELOPING WORLD I | | | | | Sold | 10/23/15 | J | | |
| 320. - THORNBURG DEVELOPING WORLD I | | | | | Buy | 04/17/15 | J | | |
| 321. - THORNBURG DEVELOPING WORLD I | | | | | Sold | 10/23/15 | J | | |
| 322. - THORNBURG DEVELOPING WORLD I | | | | | Buy | 08/14/15 | J | | |
| 323. THORNBURG DEVELOPING WORLD I | | | | | Sold | 10/23/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - THORNBURG DEVELOPING WORLD I | | | | | Buy | 10/19/15 | J | | |
| 325. THORNBURG DEVELOPING WORLD I | | | | | Sold | 10/23/15 | J | | |
| 326. - TORONTO DOM BK NEW (TD) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 327. - TOWERS WATSON & CO CL A | | | | | Buy | 01/22/15 | J | | |
| 328. TOWERS WATSON & CO CL A | | | | | Sold | 10/23/15 | J | | |
| 329. - TWENTY FIRST CENTURY FOX CL A | | | | | Buy | 01/22/15 | J | | |
| 330. - TWENTY FIRST CENTURY FOX CL A | | | | | Sold | 10/23/15 | J | | |
| 331. - TWENTY FIRST CENTURY FOX CL A | | | | | Buy | 08/06/15 | J | | |
| 332. - TWENTY FIRST CENTURY FOX CL A | | | | | Sold | 10/23/15 | J | | |
| 333. - TWENTY FIRST CENTURY FOX CL A | | | | | Buy | 10/19/15 | J | | |
| 334. - TWENTY FIRST CENTURY FOX CL | | | | | Sold | 10/23/15 | J | | |
| 335. - UNITEDHEALTH GP INC | | | | | Buy | 01/22/15 | J | | |
| 336. - UNITED HEALTH GP INC | | | | | Sold | 10/23/15 | J | | |
| 337. - UNITEDHEALTH GP INC | | | | | Buy | 10/19/15 | J | | |
| 338. - UNITED HEALTH GP INC | | | | | Sold | 10/23/15 | J | | |
| 339. - UNITED PARCEL SERVICE INC CL B | | | | | Buy | 01/22/15 | J | | |
| 340. - UNITED PARCEL SERVICE INC CL B | | | | | Sold | 10/23/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - UNITED PARCEL SERVICE INC CL B | | | | | Buy | 10/19/15 | J | | |
| 342. - UNITED PARCEL SERVICE INC CL B | | | | | Sold | 10/23/15 | J | | |
| 343. - UNITED PARCEL SERVICE INC CL B | | | | | Buy | 03/09/15 | J | | |
| 344. - UNITED PARCEL SERVICE INC CL B | | | | | Sold | 10/23/15 | J | | |
| 345. - VMWARE INC CLASS A | | | | | Buy | 02/02/15 | J | | |
| 346. - VMWARE INC CLASS A | | | | | Sold | 10/23/15 | J | | |
| 347. - VMWARE INC CLASS A | | | | | Buy | 02/10/15 | J | | |
| 348. - VMWARE INC CLASS A | | | | | Sold | 10/23/15 | J | | |
| 349. - VMWARE INC CLASS A | | | | | Buy | 10/19/15 | J | | |
| 350. - VMWARE INC CLASS A | | | | | Sold | 10/23/15 | J | | |
| 351. - VANGUARD MIDCAP GROWTH ETF | | | | | Buy | 01/22/15 | J | | |
| 352. - VANGUARD MIDCAP GROWTH ETF | | | | | Sold | 10/23/15 | J | | |
| 353. - VANGUARD MIDCAP GROWTH ETF | | | | | Buy | 10/19/15 | J | | |
| 354. - VANGUARD MIDCAP GROWTH ETF | | | | | Sold | 10/23/15 | J | | |
| 355. - VANGUARD MID CAP VALUE ETF | | | | | Buy | 01/22/15 | J | | |
| 356. - VANGUARD MID CAP VALUE ETF | | | | | Sold | 10/23/15 | J | | |
| 357. - VANGUARD MID CAP VALUE ETF | | | | | Buy | 10/19/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - VANGUARD MID CAP VALUE ETF | | | | | Sold | 10/23/15 | J | | |
| 359. - VANGUARD REIT ETF | | | | | Buy | 01/22/15 | J | | |
| 360. - VANGUARD REIT ETF | | | | | Sold | 10/23/15 | J | | |
| 361. - VANGUARD SHORTTERM BND | | | | | Buy | 01/22/15 | J | | |
| 362. - VANGUARD SHORTTERM BND | | | | | Sold | 10/23/15 | J | | |
| 363. - VANGUARD SHORT TERM BND | | | | | Buy | 04/17/15 | J | | |
| 364. - VANGUARD SHORT TERM BND | | | | | Sold | 10/23/15 | J | | |
| 365. - VANQUARD SHORT TERM BND | | | | | Buy | 10/19/15 | J | | |
| 366. - VANGUARD SHORT TERM BND | | | | | Sold | 10/23/15 | J | | |
| 367. - VENTAS INC. (VTR) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 368. - VERIZON COMMUNICATIONS (VZ) | | | | | Sold | 01/22/15 | J | | Surrett Coleman PSP |
| 369. - VISA INC CL A | | | | | Buy | 01/22/15 | J | | |
| 370. - VISA INC CL A | | | | | Sold | 10/23/15 | J | | |
| 371. - VISA INC CL A | | | | | Buy | 10/19/15 | J | | |
| 372. - VISA INC CL A | | | | | Sold | 10/23/15 | J | | |
| 373. - W W GRAINGER INC | | | | | Buy | 01/22/15 | J | | |
| 374. - WW GRAINGER INC | | | | | Sold | 10/23/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - W W GRAINGER INC | | | | | Buy | 02/12/15 | J | | |
| 376. - W W GRAINGER INC | | | | | Sold | 10/23/15 | J | | |
| 377. - W W GRAINGER INC | | | | | Buy | 10/19/15 | J | | |
| 378. - W W GRAINGER INC | | | | | Sold | 10/23/15 | J | | |
| 379. - WALT DISNEY CO HLDG CO | | | | | Buy | 01/22/15 | J | | |
| 380. - WALT DISNEY CO HLDG CO | | | | | Sold | 10/23/15 | J | | |
| 381. - WALT DISNEY CO HLDG CO | | | | | Buy | 10/19/15 | J | | |
| 382. - WALT DISNEY CO HLDG CO | | | | | Sold | 10/23/15 | J | | |
| 383. - XILINEX INC. | | | | | Buy | 01/22/15 | J | | |
| 384. - XILINEX INC | | | | | Sold | 10/23/15 | J | | |
| 385. - XILINEX INC | | | | | Buy | 10/19/15 | J | | |
| 386. - XILINEX INC | | | | | Sold | 10/23/15 | J | | |
| 387. - YUM BRANDS INC | | | | | Buy | 01/22/15 | J | | |
| 388. YUM BRANDS INC | | | | | Sold | 10/23/15 | J | | |
| 389. - YUM BRANDS INC | | | | | Buy | 10/19/15 | J | | |
| 390. YUM BRANDS INC | | | | | Sold | 10/23/15 | J | | |
| 391. - ZOETIS INC CLASS A | | | | | Buy | 01/22/15 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. ZOETIS INC CLASS A | | | | | Sold | 10/23/15 | J | | |
| 393. - ZOETIS INC CLASS A | | | | | Buy | 10/19/15 | J | | |
| 394. ZOETIS INC CLASS A | | | | | Sold | 10/23/15 | J | | |
| 395. - POWERSHARES S&P 500 (SPLV) | | | | | Sold | 01/22/15 | M | | Surrett Coleman PSP |
| 396. - MUT FND: BGCIX Blackrock Global L/S Credit I | | | | | Sold | 01/16/15 | J | | |
| 397. - MUT FND: BSIIX Blackrock Strategic Inc Opp I | | | | | Sold | 01/16/15 | K | | |
| 398. - MUT FND: CCRZX Columbia Lrg Core Quantitve Z | | | | | Buy | 11/26/14 | J | | Surrett Coleman PSP |
| 399. - MUT FND: CCRZX Columbia Lrg Core Quantitve Z | | | | | Sold | 01/16/15 | J | | |
| 400. - MUT FND: FAGCX Fidelity Adv Grw Opport I | | | | | Buy | 04/11/14 | J | | Surrett Coleman PSP |
| 401. - MUT FND: FAGCX Fidelity Adv Grw Opport I | | | | | Sold | 01/16/15 | J | | |
| 402. - MUT FND: HFRAX Highland Fltg Rate Opport A | | | | | Sold | 01/16/15 | K | | |
| 403. - MUT FND: HCOAX Highland Global Allocation A | | | | | Buy | 06/09/14 | K | | Surrett Coleman PSP |
| 404. - MUT FND: HCOAX Highland Global Allocation A | | | | | Sold | 01/16/15 | K | | |
| 405. - MUT FND: HCOAX Highland Global Allocation A | | | | | Buy | 06/25/14 | K | | Surrett Coleman PSP |
| 406. - MUT FND: HCOAX Highland Global Allocation A | | | | | Sold | 01/16/15 | K | | |
| 407. - MUT FND: HCOAX Highland Global Allocation A | | | | | Buy | 08/13/14 | J | | Surrett Coleman PSP |
| 408. - MUT FND: HCOAX Highland Global Allocation A | | | | | Sold | 01/16/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - MUT FND: HCOAX Highland Global Allocation A | | | | | Buy | 08/25/14 | K | | Surrett Coleman PSP |
| 410. - MUT FND: HCOAX Highland Global Allocation A | | | | | Sold | 01/16/15 | K | | |
| 411. - MUT FND: MDIJX MFS Intl Diversification I | | | | | Sold | 01/16/15 | K | | |
| 412. - MUT FND: STRYX Pioneer Strategic Income Y | | | | | Sold | 01/16/15 | K | | |
| 413. - MUT FND: WEIMX Teton Mighty Mites I | | | | | Sold | 01/16/15 | J | | |
| 414. | | | | | | | | | |
| 415. | | | | | | | | | |
| 416. | | | | | | | | | |
| 417. | | | | | | | | | |
| 418. | | | | | | | | | |
| 419. | | | | | | | | | |
| 420. | | | | | | | | | |
| 421. | | | | | | | | | |
| 422. | | | | | | | | | |
| 423. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COLEMAN, EDWARD J. | 04/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. Prior to my appointment in June, 2013, I served as co-Trustee of the Surrett & Coleman Profit Sharing Plan with my former law partner, Carl J. Surrett. I continued to serve as co-trustee until July 23, 2015 when I formally re-signed. In October, 2015, my interest in the profit sharing plan was completely liquidated by a rollover into an IRA and a small distribution of cash which was reported on two separate Forms 1099-R. For reporting years 2013 and 2014, I included the individual stocks and other investments from the profit-sharing plan. This year's report reflects a "sale" of each of those assets to reflect that I no longer participate in the management of those funds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EDWARD J. COLEMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544